United States District Court
Western District of North Carolina
Asheville Division

| | | |
|---|---|---|
| DONALD LEE RICE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00142-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| ROY COOPER, GOVERNOR; MANDY COHEN, M.D. MPH SECRETARY; DALE ARMSTRONG, DEPUTY-SECRETARY, DSOHF; VIVIAN STREATER, CEO OF BROUGHTON; FNU ALAN, GENERAL SURGEON; ALAN JACKS, DR.; SITARA ALAM, M.D.; KATRINA LNU, DIETICIAN; KAREN LNU, PHARMACIST; SHEILA LNU, NSA; SYDNEY LNU, RN; ROBIN LNU, RN; TERESA LNU, LPN; VICKI LNU, LPN; and NC DEPARTMENT OF HEALTHER AND HUMAN SERVICES, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 6, 2018 Order.

June 6, 2018

_____
Frank G. Johns, Clerk
United States District Court